**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE BENTON,

        Petitioner,                Case No. 06-11004

                                    Hon. Marianne O. Battani

v.

                                      Magistrate Judge Paul J. Komives

RAYMOND BOOKER,

        Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION AND DENYING PETITIONER'S**
**APPLICATION FOR WRIT OF HABEAS CORPUS**

George Benton filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence. The case was referred to Magistrate Judge Paul J. Komives. See 28 U.S.C. § 636(b)(1). In a Report and Recommendation ("R&R") dated May 13, 2008, Magistrate Judge Komives recommended that Benton's Petition be denied because the state courts' resolution of his claim did not result in a decision that was contrary to, or which involved an unreasonable application of, clearly established federal law.

Under 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2), a party seeking review of a magistrate judge's report and recommendation is required to act within ten days of service of the R&R. A party's failure to file objections waives any further right of appeal. Neither party filed an objection. Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **DENIES** the

Petition for the Writ of Habeas Corpus.

**IT IS SO ORDERED.**


s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE


DATE: June 23, 2008



CERTIFICATE OF SERVICE


Copies of this Order were mailed and/or e-filed to Petitioner and counsel of
record on this date.

s/Bernadette M. Thebolt
Deputy Clerk